■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MARTINEZ, Appellant. [33 NYS3d 703]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered June 7, 2013, convicting defendant, after a jury trial, of two counts of robbery in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 10 years, unanimously affirmed.

The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning identification and credibility. The evidence also supports the conclusion that property was taken from the victim during the incident.

We do not find the sentence to be excessive. Concur—Sweeny, J.P., Acosta, Feinman, Kapnick and Webber, JJ.